No. 81–2088. PINTO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari. ■

No. 81–6881. MCCLAIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari. ■

No. 81–2095. CLANCY ET AL. *v.* JARTECH, INC., ET AL. C. A. 9th Cir. Motion of petitioners for leave to enlarge questions presented for review denied. Certiorari denied. ■

No. 81–2198. CHEMICAL MANUFACTURERS ASSN. ET AL. *v.* U. S. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition. ■

No. 81–2226. PROCTER & GAMBLE MANUFACTURING CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition. ■

No. 81–2279. BEST ET AL. *v.* UNITED VIRGINIA BANK/ NATIONAL ET AL. Sup. Ct. Va. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition. ■

No. 81–2211. MCDONALD *v.* HAMILTON ELECTRIC, INC. OF FLORIDA. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ■

No. 81–6494. STAWICKI *v.* WISCONSIN. Ct. App. Wis. Certiorari denied. JUSTICE WHITE would grant certiorari.